**DELTA DENTAL**

| | | | |
|---|---|---|---|
| Employee Full Name | Pamela A. Palermo | Employer Name | Delta Dental Of Pennsylvania |
| Job Title | 02642.Customer Service Representative II.N | Employer Phone Number | 717-766-8500 |
| National Identifier | | Organization | 5166-DDP - AARP Contact Center |
| Employee Number | | Pay Basis | Hourly |
| Latest Hire Date | 04-Jun-2013 | Frequency | Week |
| Original Hire Date | 04-Jun-2013 | Shift | Evening Shift |
| Adjusted Service Date | | Bargaining Unit | |
| Assignment Number | 32314 | Collective Agreement | |
| Location | Ritter Road | Contract | |
| Position | PA2578.Customer Service Representative II | Grade | 000.06.PA |
| Payroll | DDPA Biweekly | Employer EIN / BIN | 23-1667011 |
| Employee Address | | Employer Address | One Delta Drive |
| | | | Mechanicsburg, PA 17055 |
| | | | US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 26-Apr-2019 | 08-Apr-2019 | 21-Apr-2019 | 21.27 | 44,241.60 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,090.53 | 230.25 | 391.09 | 76.44 | 1,365.68 |
| YTD | 19,103.31 | 1,984.69 | 3,294.32 | 639.06 | 12,969.23 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| Regular Wages | | | 21.27 | 76.01 | 1,616.72 | 663.32 | 14,069.42 |
| Straight Time | | | | 0.00 | 0.00 | 0.02 | 0.43 |
| Group Life | | | | 0.00 | 7.74 | 0.00 | 61.92 |
| Birthday | | | | 0.00 | 0.00 | 8.00 | 170.16 |
| Overtime | | | 31.91 | 10.73 | 342.36 | 107.87 | 3,432.72 |
| Sick Paid | | | 21.27 | 2.57 | 54.67 | 11.26 | 239.21 |
| Tardy Unpaid | | | | 0.00 | 0.00 | 0.02 | (0.42) |
| Vacation Paid | | | 21.27 | 1.42 | 30.21 | 37.42 | 781.05 |
| Shift Diff | | | 0.80 | 15.00 | 12.00 | 135.00 | 108.00 |
| Shift Diff OT | | | 1.20 | 6.25 | 7.50 | 31.50 | 37.80 |
| Doubletime_Adj | | | | 0.00 | 0.00 | 1.15 | 48.93 |
| Paid LTD | | | | 0.00 | 6.08 | 0.00 | 48.32 |
| Paid STD | | | | 0.00 | 13.25 | 0.00 | 105.77 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Medical | 83.13 | 664.91 |
| Prescription | 23.31 | 186.54 |
| DDP 401(k) | 123.81 | 1,133.24 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 136.83 | 954.31 |
| Social Security | 123.02 | 1,131.62 |
| Medicare | 28.77 | 264.65 |
| PA State Tax | 60.08 | 553.70 |
| PA SD Harrisburg City | 9.79 | 90.17 |
| Harrisburg | 29.36 | 270.54 |
| OPT Upper Allen Twp | 2.00 | 18.00 |
| PA Unemployment | 1.24 | 11.33 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues 170 | 21.70 | 173.60 |
| Workers United PAC | 2.00 | 16.00 |
| Suppl Life | 22.80 | 182.40 |
| Suppl A D D | 0.90 | 7.20 |
| Child Life | 1.50 | 12.00 |
| PA 401k Loan | 27.54 | 247.86 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | 0.00 | 0.00 | 0.00 |
| Federal | Single | 3 | 0.00 | 0.00 | 0.00 |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 19248 | | | | 1,365.68 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No results found | | | | |

# Payslip

| | |
|---|---|
| Employee Full Name | Pamela A. Palermo |
| Job Title | 02642.Customer Service Representative II.N |
| National Identifier | |
| Employee Number | |
| Latest Hire Date | 04-Jun-2013 |
| Original Hire Date | 04-Jun-2013 |
| Adjusted Service Date | |
| Assignment Number | 32314 |
| Location | Ritter Road |
| Position | PA2578.Customer Service Representative II |
| Payroll | DDPA Biweekly |
| Employee Address | |

| | |
|---|---|
| Employer Name | Delta Dental Of Pennsylvania |
| Employer Phone Number | 717-766-8500 |
| Organization | 5166-DDP - AARP Contact Center |
| Pay Basis | Hourly |
| Frequency | Week |
| Shift | Evening Shift |
| Bargaining Unit | |
| Collective Agreement | |
| Contract | |
| Grade | 000.06.PA |
| Employer EIN / BIN | 23-1667011 |
| Employer Address | One Delta Drive<br>Mechanicsburg, PA 17055<br>US |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 12-Apr-2019 | 25-Mar-2019 | 07-Apr-2019 | 21.27 | 44,241.60 |

## Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,032.43 | 226.76 | 377.08 | 76.44 | 1,325.07 |
| YTD | 17,012.78 | 1,754.44 | 2,903.23 | 562.62 | 11,603.55 |

## Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| Regular Wages | | | 21.27 | 78.52 | 1,670.11 | 587.31 | 12,452.70 |
| Straight Time | | | | 0.00 | 0.00 | 0.02 | 0.43 |
| Group Life | | | | 0.00 | 7.74 | 0.00 | 54.18 |
| Birthday | | | | 0.00 | 0.00 | 8.00 | 170.16 |
| Overtime | | | 31.91 | 9.05 | 288.75 | 97.14 | 3,090.36 |
| Sick Paid | | | 21.28 | 1.48 | 31.49 | 8.69 | 184.54 |
| Tardy Unpaid | | | | 0.00 | 0.00 | 0.02 | (0.42) |
| Vacation Paid | | | | 0.00 | 0.00 | 36.00 | 750.84 |
| Shift Diff | | | 0.80 | 15.00 | 12.00 | 120.00 | 96.00 |
| Shift Diff OT | | | 1.20 | 2.50 | 3.00 | 25.25 | 30.30 |
| Doubletime_Adj | | | | 0.00 | 0.00 | 1.15 | 48.93 |
| Paid LTD | | | | 0.00 | 6.09 | 0.00 | 42.24 |
| Paid STD | | | | 0.00 | 13.25 | 0.00 | 92.52 |

## Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Medical | 83.13 | 581.78 |
| Prescription | 23.31 | 163.23 |
| DDP 401(k) | 120.32 | 1,009.43 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 130.28 | 817.48 |
| Social Security | 119.41 | 1,008.60 |
| Medicare | 27.92 | 235.88 |
| PA State Tax | 58.30 | 493.62 |
| PA SD Harrisburg City | 9.49 | 80.38 |
| Harrisburg | 28.48 | 241.18 |
| OPT Upper Allen Twp | 2.00 | 16.00 |
| PA Unemployment | 1.20 | 10.09 |

## After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues 170 | 21.70 | 151.90 |
| Workers United PAC | 2.00 | 14.00 |
| Suppl Life | 22.80 | 159.60 |
| Suppl A D D | 0.90 | 6.30 |
| Child Life | 1.50 | 10.50 |
| PA 401k Loan | 27.54 | 220.32 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | 0.00 | 0.00 | 0.00 |
| Federal | Single | 3 | 0.00 | 0.00 | 0.00 |

## Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 850317870 | MEMBERS 1ST FCU | | | 1,325.07 |

## Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No results found | | | | |

# Payslip

**△ DELTA DENTAL**

| | |
|---|---|
| **Employee Full Name** | Pamela A. Palermo |
| **Job Title** | 02642.Customer Service Representative II.N |
| **National Identifier** | |
| **Employee Number** | |
| **Latest Hire Date** | 04-Jun-2013 |
| **Original Hire Date** | 04-Jun-2013 |
| **Adjusted Service Date** | |
| **Assignment Number** | 32314 |
| **Location** | HR - Ritter Road |
| **Position** | PA2578.Customer Service Representative II |
| **Payroll** | DDPA Biweekly |
| **Employee Address** | |

| | |
|---|---|
| **Employer Name** | Delta Dental Of Pennsylvania |
| **Employer Phone Number** | 717-766-8500 |
| **Organization** | 5166-DDP - AARP Contact Center |
| **Pay Basis** | Hourly |
| **Frequency** | Week |
| **Shift** | Evening Shift |
| **Bargaining Unit** | |
| **Collective Agreement** | |
| **Contract** | |
| **Grade** | 000.06.PA |
| **Employer EIN / BIN** | 23-1667011 |
| **Employer Address** | One Delta Drive |
| | Mechanicsburg, PA 17055 |
| | US |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 29-Mar-2019 | 11-Mar-2019 | 24-Mar-2019 | 21.27 | 44,241.60 |

## Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,262.76 | 135.77 | 463.26 | 27.54 | 1,636.19 |
| YTD | 14,980.35 | 1,527.68 | 2,526.15 | 486.18 | 10,278.48 |

## Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| Regular Wages | | | 21.27 | 72.00 | 1,531.44 | 508.79 | 10,782.59 |
| Straight Time | | | 21.50 | 0.02 | 0.43 | 0.02 | 0.43 |
| Group Life | | | | 0.00 | 0.00 | 0.00 | 46.44 |
| Birthday | | | | 0.00 | 0.00 | 8.00 | 170.16 |
| Overtime | | | 31.91 | 17.08 | 544.95 | 88.09 | 2,801.61 |
| Sick Paid | | | | 0.00 | 0.00 | 7.21 | 153.05 |
| Tardy Unpaid | | | -21.00 | 0.02 | (0.42) | 0.02 | (0.42) |
| Vacation Paid | | | 21.27 | 8.00 | 170.16 | 36.00 | 750.84 |
| Shift Diff | | | 0.80 | 15.00 | 12.00 | 105.00 | 84.00 |
| Shift Diff OT | | | 1.20 | 3.50 | 4.20 | 22.75 | 27.30 |
| Doubletime_Adj | | | | 0.00 | 0.00 | 1.15 | 48.93 |
| Paid LTD | | | | 0.00 | 0.00 | 0.00 | 36.15 |
| Paid STD | | | | 0.00 | 0.00 | 0.00 | 79.27 |

## Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Medical | 0.00 | 498.65 |
| Prescription | 0.00 | 139.92 |
| DDP 401(k) | 135.77 | 889.11 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 172.08 | 687.20 |
| Social Security | 140.29 | 889.19 |
| Medicare | 32.81 | 207.96 |
| PA State Tax | 69.47 | 435.32 |
| PA SD Harrisburg City | 11.31 | 70.89 |
| Harrisburg | 33.94 | 212.70 |
| OPT Upper Allen Twp | 2.00 | 14.00 |
| PA Unemployment | 1.36 | 8.89 |

## After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Workers United PAC | 0.00 | 12.00 |
| Suppl Life | 0.00 | 136.80 |
| Suppl A D D | 0.00 | 5.40 |
| Child Life | 0.00 | 9.00 |
| PA 401k Loan | 27.54 | 192.78 |
| Union Dues 170 | 0.00 | 130.20 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | 0.00 | 0.00 | 0.00 |
| Federal | Single | 3 | 0.00 | 0.00 | 0.00 |

## Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | MEMBERS 1ST FCU | C | | 1,636.19 |

## Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No results found | | | | |

# Payslip

| Employee Full Name | Pamela A. Palermo |
|---|---|
| Job Title | 02642.Customer Service Representative II. N |
| National Identifier | |
| Employee Number | |
| Latest Hire Date | 04-Jun-2013 |
| Original Hire Date | 04-Jun-2013 |
| Adjusted Service Date | |
| Assignment Number | 32314 |
| Location | HR - Ritter Road |
| Position | PA2578.Customer Service Representative II |
| Payroll | DDPA Biweekly |
| Employee Address | |

| Employer Name | Delta Dental Of Pennsylvania |
|---|---|
| Employer Phone Number | 717-766-8500 |
| Organization | 5166-DDP - AARP Contact Center |
| Pay Basis | Hourly |
| Frequency | Week |
| Shift | Evening Shift |
| Bargaining Unit | |
| Collective Agreement | |
| Contract | |
| Grade | 000.06.PA |
| Employer EIN / BIN | 23-1667011 |
| Employer Address | One Delta Drive |
| | Mechanicsburg, PA 17055 |
| | US |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 15-Mar-2019 | 25-Feb-2019 | 10-Mar-2019 | 21.27 | 44,241.60 |

## Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,095.94 | 230.57 | 392.38 | 76.44 | 1,369.48 |
| YTD | 12,717.59 | 1,391.91 | 2,062.89 | 458.64 | 8,642.29 |

## Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| Regular Wages | | | 21.27 | 73.00 | 1,552.70 | 436.79 | 9,251.15 |
| Group Life | | | | 0.00 | 7.74 | 0.00 | 46.44 |
| Birthday | | | | 0.00 | 0.00 | 8.00 | 170.16 |
| Overtime | | | 31.91 | 11.05 | 352.57 | 71.01 | 2,256.66 |
| Sick Paid | | | 21.27 | 3.00 | 63.82 | 7.21 | 153.05 |
| Vacation Paid | | | 21.27 | 4.00 | 85.08 | 28.00 | 580.68 |
| Shift Diff | | | 0.80 | 15.00 | 12.00 | 90.00 | 72.00 |
| Shift Diff OT | | | 1.20 | 2.25 | 2.70 | 19.25 | 23.10 |
| Doubletime_Adj | | | | 0.00 | 0.00 | 1.15 | 48.93 |
| Paid LTD | | | | 0.00 | 6.08 | 0.00 | 36.15 |
| Paid STD | | | | 0.00 | 13.25 | 0.00 | 79.27 |

## Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Medical | 83.13 | 498.65 |
| Prescription | 23.31 | 139.92 |
| DDP 401(k) | 124.13 | 753.34 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 137.44 | 515.12 |
| Social Security | 123.35 | 748.90 |
| Medicare | 28.85 | 175.15 |
| PA State Tax | 60.25 | 365.85 |
| PA SD Harrisburg City | 9.81 | 59.58 |
| Harrisburg | 29.44 | 178.76 |
| OPT Upper Allen Twp | 2.00 | 12.00 |
| PA Unemployment | 1.24 | 7.53 |

## After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues 170 | 21.70 | 130.20 |
| Workers United PAC | 2.00 | 12.00 |
| Suppl Life | 22.80 | 136.80 |
| Suppl A D D | 0.90 | 5.40 |
| Child Life | 1.50 | 9.00 |
| PA 401k Loan | 27.54 | 165.24 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | 0.00 | 0.00 | 0.00 |
| Federal | Single | 3 | 0.00 | 0.00 | 0.00 |

## Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | Members 1st Federal Credit Union | C | | 1,369.48 |

## Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No results found | | | | |

## Message(s)

*DISCLAIMER* View Kronos for current accrual balances. Sick and vacation balances are as of the Wednesday prior to payday.

# Payslip

Page 1

**△ DELTA DENTAL**

| | | | | |
|---|---|---|---|---|
| Employee Full Name | Pamela A. Palermo | Employer Name | Delta Dental Of Pennsylvania | |
| Job Title | 02642.Customer Service Representative II.N | Employer Phone Number | 717-766-8500 | |
| National Identifier | | Organization | 5166-DDP - AARP Contact Center | |
| Employee Number | | Pay Basis | Hourly | |
| Latest Hire Date | 04-Jun-2013 | Frequency | Week | |
| Original Hire Date | 04-Jun-2013 | Shift | Evening Shift | |
| Adjusted Service Date | | Bargaining Unit | | |
| Assignment Number | 32314 | Collective Agreement | | |
| Location | HR - Ritter Road | Contract | | |
| Position | PA2578.Customer Service Representative II | Grade | 000.06.PA | |
| Payroll | DDPA Biweekly | Employer EIN / BIN | 23-1667011 | |
| Employee Address | | Employer Address | One Delta Drive | |
| | | | Mechanicsburg, PA 17055 | |
| | | | US | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 01-Mar-2019 | 11-Feb-2019 | 24-Feb-2019 | 21.27 | 44,241.60 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,841.15 | 215.28 | 331.07 | 76.44 | 1,191.28 |
| YTD | 10,621.65 | 1,161.34 | 1,670.51 | 382.20 | 7,272.81 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| Regular Wages | | | 21.27 | 77.52 | 1,648.85 | 363.79 | 7,698.45 |
| Group Life | | | | 0.00 | 7.74 | 0.00 | 38.70 |
| Birthday | | | | 0.00 | 0.00 | 8.00 | 170.16 |
| Overtime | | | 31.91 | 3.13 | 99.87 | 59.96 | 1,904.09 |
| Sick Paid | | | 21.27 | 2.48 | 52.75 | 4.21 | 89.23 |
| Vacation Paid | | | | 0.00 | 0.00 | 24.00 | 495.60 |
| Shift Diff | | | 0.80 | 15.00 | 12.00 | 75.00 | 60.00 |
| Shift Diff OT | | | 1.20 | 0.50 | 0.60 | 17.00 | 20.40 |
| Doubletime_Adj | | | | 0.00 | 0.00 | 1.15 | 48.93 |
| Paid LTD | | | | 0.00 | 0.00 | 6.09 | 0.00 | 30.07 |
| Paid STD | | | | 0.00 | 0.00 | 13.25 | 0.00 | 66.02 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Medical | 83.13 | 415.52 |
| Prescription | 23.31 | 116.61 |
| DDP 401(k) | 108.84 | 629.21 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 108.70 | 377.68 |
| Social Security | 107.55 | 625.55 |
| Medicare | 25.16 | 146.30 |
| PA State Tax | 52.42 | 305.60 |
| PA SD Harrisburg City | 8.54 | 49.77 |
| Harrisburg | 25.61 | 149.32 |
| OPT Upper Allen Twp | 2.00 | 10.00 |
| PA Unemployment | 1.09 | 6.29 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues 170 | 21.70 | 108.50 |
| Workers United PAC | 2.00 | 10.00 |
| Suppl Life | 22.80 | 114.00 |
| Suppl A D D | 0.90 | 4.50 |
| Child Life | 1.50 | 7.50 |
| PA 401k Loan | 27.54 | 137.70 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | 0.00 | 0.00 | 0.00 |
| Federal | Single | 3 | 0.00 | 0.00 | 0.00 |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | Members 1st Federal Credit Union | C | | 1,191.28 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No results found | | | | |

### Message(s)

*DISCLAIMER* View Kronos for current accrual balances. Sick and vacation balances are as of the Wednesday prior to payday.